# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL NO: 3:18-CV-00044-MOC-DSC

| | |
|---|---|
| James Seitz, Administrator of the Estate of Lauren E. Seitz, Deceased, </br></br> Plaintiff, </br></br> v. </br></br> U.S. National Whitewater Center, Inc. and Recreation Engineering and Planning, Inc. </br></br> Defendants. | **ORDER** |

**THIS MATTER** is before the Court on the "Second Agreed Joint Motion to Modify the Pretrial Order and Case Management Plan" (document #69). Having considered the Agreed Joint Motion, **IT IS ORDERED** that the following deadlines are extended:

A. Defendants' Expert Report deadline is extended to April 25, 2019;

B. The Discovery deadline is extended to June 14, 2019; and

C. The Dispositive Motions deadline is extended to July 1, 2019.

**SO ORDERED.**

Signed: February 11, 2019

David S. Cayer
United States Magistrate Judge