# HIGGINS & OWENS, PLLC

Raymond E. Owens, Jr.
524 East Boulevard
Charlotte, NC 28203
Telephone: (704) 295-4509
Facsimile: (704) 749-9451
rowens@higginsowens.com

April 16, 2019

VIA EMAIL

Clerk of Court
United States District Court
Western District of North Carolina
401 West Trade Street, Room 210
Charlotte, NC 28202

      Re:    Seitz v. U.S. National White Water Center, Inc. et al.
             Civil Action Number 3:18-CV-00044-MOC-DSC

To Whom It May Concern:

I am filing an Amended Report to report the following result of the Mediated Settlement Conference held on April 11, 2019 in the above matter. All parties and their counsel were present at the mediation. The filing of a stipulation of dismissal with prejudice of all claims and all parties shall be filed by counsel.

                                                     Sincerely,

                                                     Raymond E. Owens, Jr.